# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GUIDO'S EXPRESS INC. A/K/A KEY PIZZA | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 2:23-cv-3885 |
| | : | |
| WESTERN WORLD INSURANCE COMPANY | : | |
| | : | |
| and | : | |
| | : | |
| AIG CLAIMS INC. | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

The parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice according to the terms of the settlement agreement attached to the Proposed Stipulated Order and incorporated by reference in that Order made fully a part of it.

Dated: May 21, 2024

For the Plaintiff Guido's Express a/k/a Key Pizza:

By: _____
Walter J. Timby, III
Gibson & Perkins, PC
100 W. 6th Street, Suite 204
Media, PA 19063
610/565-1708
wtimby@gibperk.com
Attorneys for Plaintiff

For the Defendants Western World Insurance Company and AIG Claims, Inc.:

By: _____
Todd Zamostien, Esq.
Butler Weihmuller Katz Craig LLP
1818 Market St., Suite 2740
Philadelphia, PA 19103

215/405-9191
tzamostien@butler.legal
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GUIDO'S EXPRESS INC. A/K/A KEY PIZZA : | |
| : | |
| Plaintiff, : | |
| v. : | Civil Action No. 2:23-cv-3885 |
| : | |
| WESTERN WORLD INSURANCE COMPANY : | |
| : | |
| and : | |
| : | |
| AIG CLAIMS INC. : | |
| Defendants. : | |

## **ORDER**

IT IS ORDERED that:

1. This matter is dismissed with prejudice;

2. The dismissal is expressly conditioned on the terms and conditions of the Mutual General Release and Settlement Agreement ("Settlement Agreement") between the Parties;

3. The Court retains jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the attached Settlement Agreement which is part of this Order; and

4. Each Party is to bear its own costs, as provided in this Settlement Agreement.


Dated: _____


_____
United States District Judge